**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name  WEAVER, WILLIE
    (Last)      (First)      (Initial)

Prisoner Number  J-91389

Institutional Address  PELICAN BAY STATE PRISON
P.O. Box 7000  CRESCENT CITY, CA. 95531.

===============================================================

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

WILLIE WEAVER
(Enter the full name of plaintiff in this action.)

vs.

PELICAN BAY STATE
PRISON CORRECTIONAL
OFFICER Rich CREEK

(Enter the full name of the defendant(s) in this action))

Case No. CV 07 6247 JW (PR)
(To be provided by the clerk of court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

*[All questions on this complaint form must be answered in order for your action to proceed.]*

I.  **Exhaustion of Administrative Remedies**

   [Note: You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

   A.  Place of present confinement  P.S.G

   B.  Is there a grievance procedure in this institution?
       YES (✓)    NO ( )

   C.  Did you present the facts in your complaint for review through the grievance procedure?
       YES (✓)    NO ( )

   D.  If your answer is YES, list the appeal number and the date and result of the

COMPLAINT                        - 1 -

appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal _____

_____

_____ 2. First formal level _____

_____

_____

3. Second formal level _____

_____

_____ 4 Third formal level _____

_____

_____

E. Is the last level to which you appealed the highest level of appeal available to you?

YES ( )    NO (✓)

F. If you did not present your claim for review through the grievance procedure, explain why. STILL BEING PROCESSED

_____

_____

II. Parties

A. Write your name and your present address. Do the same for additional plaintiffs, if any.
WILLIE WEAVER PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY CALIFORNIA 95531,

B. Write the full name of each defendant, his or her official position, and his or her

COMPLAINT                                  - 2 -

1     place of employment.
2     PELICAN BAY STATE PRISON
3     CORRECTIONAL OFFICER Rich CREEK
4
5
6     III.
7 Statement of Claim
8     State here as briefly as possible the facts of your case. Be sure to describe how each
9 defendant is involved and to include dates, when possible. Do not give any legal arguments or
10 cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
11 separate numbered paragraph.
12     DOING MAIL PICK UP CORRECTIONAL
13 OFFICER Rich CREEK KICKED THE
14 door, PLAINTIFF CELL DOOR WITH A
15 LOUD BANG, BECAUSE OF FILING
16 TRUE ALIGATION AGAINST THIS
17 CORRECTIONAL OFFICER, HE JUST KEEP
18 ON HARRASSING PLAINTIFF, THERE
19 WAS NO REASON FOR CORRECTIONAL
20 OFFICER TO KICK PLAINTIFF door WITH
21 A LOUD BANG DURING MAIL PICK UP
22 THE DEFENDANT SHOWED deliberate
23 INDIFFERENCE UNDER THE Eight
24 AMENDMENT THAT CONSTITUE CRUEL
    UNUSAL PUNISHMENT.
25 IV.     Relief
26     Your complaint cannot go forward unless you request specific relief. State briefly exactly
27 what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
28     LIABILITY DAMAGES: 25,000 TWENTY
FIVE THOUSAND DOLLARS DUE TO

COMPLAINT     - 3 -

1. HARRASSMENT, CONSPIRACY, U.S.
2. CONSTITUTIONAL VIOLATION, PENAL CODE
3. VIOLATION
4. PUNITIVE DAMAGES: 25,000 TWENTY
5. FIVE THOUSAND DOLLARS DUE TO:
6. MENTAL ANGUISH, STRESS DISORDER,
7. SECONDARY DEPRESSIVE DISORDER

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __12__ day of __03__, 20__07__

__Willie Weaver__
(Plaintiff's signature)

COMPLAINT                          - 4 -