WILLIE WEAVER
J-91389 B-2-210
PELICAN BAY STATE
PRISON P.O. BOX 7000
CRESCENT CITY, CA 95531.

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532



02 1M   $ 00.
0004217666   DEC 06
MAILED FROM ZIP CODE

CONFIDENTIAL
LEGAL MAIL

9410233661 C004

OFFICE OF THE CLERK
UNITED STATES DISTRICT
COURT NORTHERN
DISTRICT OF CALIFORNIA
450 GOLDEN GATE
SAN FRANCISCO, CA