E-filing

**FILED**

JAN 17 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER

Plaintiff,

vs.

PELICAN BAY STATE PRISON

Defendant.

CV 07          6247

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

JW
(PR)

I, WILLIE WEAVER, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____SACRAMENTO AIR PORT 300 WEEKLY_____
5  _____12 MONTHLY_____
6  _____

7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9      a.   Business, Profession or              Yes ___ No ✓
10          self employment
11     b.   Income from stocks, bonds,           Yes ___ No ✓
12          or royalties?
13     c.   Rent payments?                       Yes ___ No ✓
14     d.   Pensions, annuities, or              Yes ___ No ✓
15          life insurance payments?
16     e.   Federal or State welfare payments,   Yes ___ No ✓
17          Social Security or other govern-
18          ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.   Are you married?                        Yes ___ No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.   a.   List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS                 - 2 -

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____

_____

5. Do you own or are you buying a home?   Yes ____ No __✓__

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?   Yes ____ No __✓__

Make _____ Year _____ Model _____

Is it financed? Yes ____ No __✓__ If so, Total due: $ _____

Monthly Payment: $ _____

7. Do you have a bank account? Yes ____ No __✓__ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash? Yes ____ No __✓__ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No __✓__

_____

8. What are your monthly expenses?

Rent: $ _____ Utilities: _____

Food: $ _____ Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

1  9.    Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)

3  _____

4  _____

5  10.   Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ___   No ✓
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.

9  _____

10 _____

11     I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13     I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.

15
16   12/20/07                              Willie Weaver
17     DATE                            SIGNATURE OF APPLICANT

18
19
20
21
22
23
24
25
26
27
28

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 4 -

Case Number: _____

# CERTIFICATION OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of <u>Willie Eugene Weaver J91389</u> for the last six months at <u>Pelican Bay State Prison</u> where he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $<u>13.13</u> and the average balance in the prisoner's account each month for the most recent 6-month period was $<u>17.55</u>.    (20%= $3.51)

Dated: 12/20/07                              _____
                                              Authorized officer of the institution

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 12-20-07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

```
                       PELICAN BAY STATE PRISON
                       INMATE TRUST ACCOUNT STATEMENT

               FOR THE PERIOD: JUN. 01, 2007 THRU DEC. 19, 2007

ACCT: J91389       ACCT NAME: WEAVER, WILLIE EUGENE        ACCT TYPE: I


                       * RESTITUTION ACCOUNT ACTIVITY

                                            CASE NUMBER: 94F09335
DATE SENTENCED: 01/19/96                    FINE AMOUNT: $   5,600.00
COUNTY CODE: SAC
                                            TRANS. AMT.      BALANCE
  DATE      TRANS.   DESCRIPTION
  ----      ------   -----------             ----------     ----------
                                                            5,393.82
06/01/2007           BEGINNING BALANCE
07/11/07    DR30     REST DED-CASH DEPOSIT      75.00-      5,318.82
11/27/07    DR30     REST DED-CASH DEPOSIT      12.50-      5,306.32

       * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
       * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                          TRUST ACCOUNT SUMMARY

                                                                  TRANSACTIONS
BEGINNING    TOTAL       TOTAL         CURRENT       HOLDS         TO BE POSTED
BALANCE      DEPOSITS    WITHDRAWALS   BALANCE       BALANCE
---------    --------    -----------   -------       -------       ------------
  10.62       84.07         94.64        0.05         5.32             0.00
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 12-20-07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY
   TRUST OFFICE

CURRENT
AVAILABLE
BALANCE
----------
   5.27-

```
REPORT ID: TS3030  .701                              REPORT DATE: 12/19/07
                                                     PAGE NO:           1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                         PELICAN BAY STATE PRISON
                       INMATE TRUST ACCOUNTING SYSTEM
                       INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: JUN. 01, 2007 THRU DEC. 19, 2007

ACCOUNT NUMBER : J91389                BED/CELL NUMBER: BF02U 000000210S
ACCOUNT NAME   : WEAVER, WILLIE EUGENE ACCOUNT TYPE: I
PRIVILEGE GROUP: D
                              TRUST ACCOUNT ACTIVITY

        TRAN
DATE    CODE  DESCRIPTION   COMMENT   CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
-----   ----  -----------   -------   ---------   --------   -----------   -------

06/01/2007    BEGINNING BALANCE                                              10.62

07/05  D320  TRUST FUNDS T 0078 CCI                  5.32                    15.94
07/11 *DD30  CASH DEPOSIT  0197 #006                67.50                    83.44
07/19  W215  FEDERAL FILIN 0351 03/02                             2.57       80.87
07/19  W212  FEDERAL FILIN 0351 03/02                             2.57       78.30
07/19  W212  FEDERAL FILIN 0351 03/02                             2.57       75.73
07/19  W212  FEDERAL FILIN 0351 03/02                             2.57       73.16
07/19  W214  FEDERAL FILIN 0351 03/02                             2.57       70.59
07/19  W214  FEDERAL FILIN 0351 03/02                             2.57       68.02
07/19  W211  FEDERAL FILIN 0351 03/02                             2.57       65.45
07/19  W215  FEDERAL FILIN 0351 07/11                             9.35       56.10
07/19  W212  FEDERAL FILIN 0351 07/11                             9.35       46.75
07/19  W212  FEDERAL FILIN 0351 07/11                             9.35       37.40
07/19  W212  FEDERAL FILIN 0351 07/11                             9.35       28.05
07/19  W212  FEDERAL FILIN 0351 07/11                             9.35       18.70
07/19  W214  FEDERAL FILIN 0351 07/11                             9.35        9.35
07/19  W214  FEDERAL FILIN 0351 07/11                             9.35        0.00
07/19  W211  FEDERAL FILIN 0351 07/11
11/27 *DD30  CASH DEPOSIT  2318 ML101               11.25                    11.25
11/27  W211  FEDERAL FILIN 2333 11/27                             1.40        9.85
11/27  W214  FEDERAL FILIN 2333 11/27                             1.40        8.45
11/27  W215  FEDERAL FILIN 2333 11/27                             1.40        7.05
11/27  W212  FEDERAL FILIN 2333 11/27                             1.40        5.65
11/27  W212  FEDERAL FILIN 2333 11/27                             1.40        4.25
11/27  W212  FEDERAL FILIN 2333 11/27                             1.40        2.85
11/27  W212  FEDERAL FILIN 2333 11/27                             1.40        1.45
11/27  W214  FEDERAL FILIN 2333 11/27                             1.40        0.05
11/27  W211  FEDERAL FILIN 2333 11/27                             1.40


                              CURRENT HOLDS IN EFFECT

   DATE        HOLD
   PLACED      CODE       DESCRIPTION              COMMENT         HOLD AMOUNT
   ------      ----       -----------              -------         -----------
   07/31/2007  H103   DAMAGES-REFUSED TO SIGN HOLD  0506 CCI            2.87
   07/31/2007  H103   DAMAGES-REFUSED TO SIGN HOLD  0506 CCI            2.45
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 12-20-07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
   TRUST OFFICE