WILLIE WEAVER
J.91389 B-3-210
PELICAN BAY STATE
PRISON P.O. BOX 7000
CRESCENT CITY, CA. 95531

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

## BUSINESS REPLY MAIL
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

CASE NO. CU-07-6247

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

CONFIDENTIAL
LEGAL MAIL